DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RIDGEMOOR MASTER ASSOCIATION, INC.,

Appellant,

v.

TODD W. DOANE,

Appellee.

No. 2D22-1254

_____

March 20, 2024

Appeal from the County Court for Pinellas County; Karl B. Grube and
Myra Scott McNary, Judges.

Christopher D. Donovan of Roetzel & Andress, LPA, Naples, n/k/a
Christopher D. Donovan of Donovan Appellate Law, LLC, Bonita Springs,
for Appellant.

Edward B. Cole of Cole Law Firm, P.A., Palm Harbor, for Appellee.


PER CURIAM.

  Affirmed.

SLEET, C.J., and KELLY and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.